FILED'07 DEC 25 13:08USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICIA J. PEARSON, )
                              ) Civ. No. 06-1521-CL
    Plaintiff, )
                              )
   v. )
                              )
MICHAEL J. ASTRUE, ) **JUDGMENT**
Commissioner, Social Security, )
                              )
    Defendant. )
                              )

    Based on the record, the decision of the Commissioner is affirmed and this action is dismissed.

    DATED this _22_ day of December, 2007.

_/s/ Owen M. Panner_
OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT